respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Biow Bancservice, Inc., Respondent, v. Industrial Finance Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Charles Edward Davenport, Appellant, v. Harry K. Thaw, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Charles Edward Davenport, Appellant, v. Harry K. Thaw, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Mary J. Welles, Appellant, v. William J. B. Daly, as Administrator, etc., of Patrick H. J. Daly, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Adolf H. Landley, Appellant, v. H. Hobart Porter and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

David H. Levine and Another, Respondents, v. Atlas Assurance Company, Ltd., of London, England, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Boyle Holding Corporation, Respondent, v. Medgreen Realty Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Annie Cohen, Respondent, v. Alfred Rath, Defendant, Impleaded with Abraham Feinberg, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Annie Cohen, Appellant, v. Alfred Rath, Respondent, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Jacob Cohen, Respondent, v. Alfred Rath, Defendant, Impleaded with Abraham Feinberg, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Jacob Cohen, Appellant, v. Alfred Rath, Respondent, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Helen Schonfeld and Martin Schonfeld, Appellants, v. Tudor Operating Corporation and David Persach, Respondents, Impleaded with Others, Defendants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Clarence E. Block, Appellant, v. The Columbia Wire Company, a Corporation, and Others, Respondents.— Judgment affirmed, with costs to the respondents appearing and filing briefs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

George S. Van Schaick, Superintendent of Insurance of the State of New York, as Liquidator of the Equitable Casualty and Surety Company, Appellant, v. Harry H. Dorsen, Respondent.— Order affirmed, with ten dollars costs

and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Appellant, v. HARRY H. DORSEN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

C. N. B. CORPORATION, Appellant, v. CITY TRUST COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JANE SCOTT, Respondent, v. HYMAN GOLDMAN, Appellant.— Judgment reversed, the information dismissed and the fine remitted, on the ground that there is no evidence that defendant had knowledge of any damage within the meaning of the statute.* Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Finch, P. J., and O'Malley, J., dissent and vote for affirmance on the ground that, in addition to the other facts in the record, it appears that defendant's conduct immediately following the accident whereby he attempted to escape from the scene and did not stop until he was forced over to the curb by the car he hit was sufficient to justify the finding by the trier of the facts that the defendant had guilty knowledge.

ANNIE CARLSON, Respondent, v. MORRIS KOSBERG, Defendant, Impleaded with ALMAR MARTENSEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of THOMAS A. MERCHANT, Respondent, v. BENJAMIN GREENBERG, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of KARL NEUMOND, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JESSE B. ROBINSON, as Administrator, etc., of MARIAN ROBINSON JENNINGS, Deceased, Respondent, v. FORDHAM MOTOR SALES, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ALFRED H. NEWBURGER and Others, Appellants, v. SAMUEL L. LUBELL, Respondent, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ALFRED H. NEWBURGER and Others, Respondents, v. ABRAHAM P. LUBELL, Appellant, Impleaded with Another, Defendant.— Judgment and. order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ALFRED ROESCH and Others, Respondents, Appellants, v. JOSEPH ROSENFELD, Appellant, and EDWARD ROSENFELD, Appellant, Respondent.— Judgment modified by striking out the provision dismissing the complaint as to defendant Edward Rosenfeld and by enjoining said defendant from aiding and abetting in the further

* See Vehicle and Traffic Law, § 70, subd. 5.— [REP.